M. P. No. 77-4. COMMUNICATIONS PROPERTIES, INC. *v.* ARCHIE SMITH *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. *William J. McGair,* for petitioner. *Harold W. Demopulos,* for Newport Cable TV, Inc. *Tobin, LeRoy & Silverstein, Max Wistow, Merrill W. Sherman,* for Plantations CATV Co., Inc. *George C. Berk,* for Cable Television of Rhode Island, Inc. *Charles J. McGovern,* for Vision Cable Company of Rhode Island, Inc.

M. P. No. 77-5. PROVIDENCE BROADCASTING CO., INC. *v.* ARCHIE SMITH *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. *Letts, Quinn & Licht, Daniel J. Murray,* for petitioner. *Harold W. Demopulos,* for Newport Cable TV, Inc. *Tobin, LeRoy & Silverstein, Max Wistow, Merrill W. Sherman,* for Plantations CATV Co., Inc. *George C. Berk,* for Cable Television of Rhode Island, Inc. *Charles J. McGovern,* for Vision Cable Company of Rhode Island, Inc.

M. P. No. 77-6. RHODE ISLAND CATV CORPORATION *v.* ARCHIE SMITH *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. *Dennis J. Roberts II,* for petitioner. *Harold W. Demopulos,* for Newport Cable TV, Inc. *Tobin, LeRoy & Silverstein, Max Wistow, Merrill W. Sherman,* for Plantations CATV Co., Inc. *George C. Berk,* for Cable Television of Rhode Island, Inc. *Charles J. McGovern,* for Vision Cable Company of Rhode Island, Inc.

C. A. No. 76-139. STATE *v.* DENNIS ISOM. The defendant moves to supplement the record with his "Request for Application of Law to Fact" which was filed in Superior Court but not included in the record on appeal in this court. Defendant's motion is granted pursuant to Rule 10(e). *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for defendant.